UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
LIVIA M. SCOTTO,

                            Plaintiff,                         JUDGMENT
                                                           19-CV-2445 (MKB)

       v.

BASS AND ASSOCIATES, PATTI BASS,
JEFFREY NOORDHOEK, NELNET
INCORPORATED, WILLIAM MUNN,
MICHAEL MUNN, MICHAEL DUNLAP,
NELNET INC, OFFICE OF THE CHANCELLOR
COUNTY OF MAUL, UNIVERSITY OF
HAWAII, MAUI COMMUNITY COLLEGE,
U.S. DEPARTMENT OF EDUCATION, OFFICE OF
CIVIL RIGHTS, SEATTLE WASHINGTON,
U.S. DEPARTMENT OF TREASURY,

                            Defendants.
-------------------------------------------------------------------------- X

       A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge,

having been filed on July 26, 2019, dismissing the Complaint; certifying pursuant to 28 U.S.C. §

1915(a)(3) that any appeal from this Order would not be taken in good faith; and denying *in*

*forma pauperis* status for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S.

438, 444–45 (1962); it is

       ORDERED and ADJUDGED that the Complaint is dismissed; that Plaintiff is cautioned

that this Court will not tolerate frivolous litigation and that she may be subject to a filing

injunction should she continue to file similar actions in this Court, *See Lau v. Meddaugh*, 229

F.3d 121, 123 (2d Cir. 2000); that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this

Order would not be taken in good faith; and that *in forma pauperis* status is denied for the

purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

Dated: Brooklyn, NY                         Douglas C. Palmer
      July 30, 2019                         Clerk of Court


                                      By:     */s/Jalitza Poveda*
                                               Deputy Clerk