

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LIVIA M. SCOTTO,

                        Plaintiff,

      v.

BASS AND ASSOCIATES, PATTI BASS,
JEFFREY NOORDHOEK, NELNET
INCORPORATED, WILLIAM MUNN,
MICHAEL MUNN, MICHAEL DUNLAP,
NELNET INC, OFFICE OF THE CHANCELLOR
COUNTY OF MAUL, UNIVERSITY OF
HAWAII, MAUI COMMUNITY COLLEGE,
U.S. DEPARTMENT OF EDUCATION, OFFICE OF
CIVIL RIGHTS, SEATTLE WASHINGTON,
U.S. DEPARTMENT OF TREASURY,

                        Defendants.
-----------------------------------------------------------------------X

JUDGMENT
19-CV-2445 (MKB)

*[Handwritten annotations: Notice on Appeal to Second Cir. Motion to Consolidate Cases on Pending Jud. Conduct Complaint Stay of Appeal]*

A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on July 26, 2019, dismissing the Complaint; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); it is

ORDERED and ADJUDGED that the Complaint is dismissed; that Plaintiff is cautioned that this Court will not tolerate frivolous litigation and that she may be subject to a filing injunction should she continue to file similar actions in this Court, *See Lau v. Meddaugh*, 229 F.3d 121, 123 (2d Cir. 2000); that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

Dated: Brooklyn, NY                          Douglas C. Palmer
       July 30, 2019                              Clerk of Court

                                           By:     /s/*Jalitza Poveda*
                                                   Deputy Clerk